# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2008

136046-7

_____

IN RE ERIN NICOLE STIENKE, Minor.

_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,
v

BARBARA DELANO,
        Respondent-Appellant,
and

RONNIE J. STIENKE,
        Respondent.

SC: 136046
COA: 279185
Macomb CC
  Family Div: 2006-000346-NA

_____
IN RE RONY MICHELLE STIENKE, a/k/a
RONNY MICHELLE STIENKE, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,
v

BARBARA DELANO,
        Respondent-Appellant,
and

RONNIE J. STIENKE,
        Respondent.

SC: 136047
COA: 279212
Macomb CC
  Family Div: 2006-000347-NA

_____/

On order of the Court, the application for leave to appeal the February 26, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2008

_____
Clerk

s0401